

In the United States District Court
Eastern District of Pennsylvania

| | |
|---|---|
| **William Ney**, Individually and as Executor of the Estate of **Loretta Ney**,<br><br>Plaintiff,<br><br>vs.<br><br><br><br>Owens-Illinois, Inc.<br>Asbestos Corp. Ltd.,<br><br>Defendants. | 16    2408<br><br>Civil Action No.<br><br>———————————<br><br>Formerly No. 1441, March Term, 2014, in the Court of Common Pleas Philadelphia County, PA<br><br>**FILED**<br>MAY 17 2016<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep Clerk |

### OWENS-ILLINOIS, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. 1332, 1446, Defendant Owens-Illinois, Inc. ("OI") gives notice of removal of this action from the Court of Common Pleas for Philadelphia County, PA to the United States District Court for the Eastern District of Pennsylvania.

### GROUNDS FOR REMOVAL

1. Removal is proper based on diversity of citizenship.

2. On March 11, 2014, Plaintiffs William Ney and Loretta Ney filed this product liability action in the Court of Common Pleas for Philadelphia County styled *Loretta Ney and William Ney, Husband and Wife, Plaintiffs v. Asbestos Corporation Limited, et al., Defendants*, March Term, 2014, Cause No.

ME1 22533709v.1

*1441* ("Complaint") (Exhibit 1). The Complaint is a "short form" complaint used in state court actions, which incorporates by reference a "Master Long Form Complaint," to allege claims for 1) Negligence and Outrageous Conduct, 2) Strict Liability, 3) Conspiracy, 4) Breach of Warranty, 5) Neighborhood and Household Exposure, and 6) Damages. On December 9, 2014, Plaintiffs amended the Complaint ("Amended Complaint")(Exhibit 2) after Loretta Ney's death to add an additional claim for Wrongful Death.

3. The Complaint and Amended Complaint allege that Plaintiff is a resident of the State of North Carolina.

4. Plaintiff's Complaint named four defendants that were diverse from Plaintiff. One defendant, Crown Cork & Seal Co., Inc., ("Crown"), was a citizen of the Commonwealth of Pennsylvania. The inclusion of Crown prevented OI from removing the case under 28 U.S.C. §§ 1332 and 1441(b)(2).

5. On April 5, 2016, Plaintiff voluntarily dismissed Union Carbide Corporation, and on April 18, 2016, Plaintiff voluntarily dismissed Crown from the case. Stipulations of dismissal as to Union Carbide Corporation and Crown were entered by the Court on April 21, 2016, and May 9, 2016, respectively. As a result, the only remaining defendants are OI and Asbestos Corporation Limited ("ACL") (collectively "Removing Defendants"). Neither OI nor ACL are citizens of the Commonwealth of Pennsylvania.

6. For diversity purposes, a corporation is deemed to be a citizen of its state of incorporation and the state with its principal place of business. 28 U.S.C. §§ 1332(c)(1).

a. OI is organized under the laws of the State of Delaware and has its principal place of business in Ohio. Affidavit of Susan Gibbons (Exhibit 3).

b. ACL is a Canadian company, with its principal place of business in Canada. (Master Long Form Complaint, Exhibit 4, at ¶ 16.)

7. Plaintiff is a citizen of the State of North Carolina.

8. The amount in controversy, as stated in plaintiff's state court Complaint, is over $100,000.00, which exceeds the $75,000.00 jurisdictional threshold in 28 U.S.C. § 1332 (a).

9. This Court has jurisdiction under 28 U.S.C. § 1332 (a)(1) because there is complete diversity between the Plaintiff and Removing Defendants and the case meets the amount in controversy requirements. Thus, removal is proper under 28 U.S.C. § 1441.

10. Venue is proper in this Court under 28 U.S.C. § 1391 & 1446(b) because this Court is located in the federal judicial district that includes the Court of Common Pleas for Philadelphia County, PA, where Plaintiff filed the Complaint.

11. Under 28 U.S.C. § 1446(b)(3), if the case is not initially removable, a defendant has 30 days after the receipt of an "amended pleading, motion, order, or other paper from which it may first be ascertained that the case is one which is or has become removable." This Notice of Removal satisfies this procedural requirement because OI has filed it within 30 days of Plaintiffs voluntary, April 18, 2016, dismissal of Crown.

12. Removal based on diversity must occur within one year after the commencement of the state court action unless the exception in 28 U.S.C. § 1446 (c)(1) or the equitable tolling exception applies. *See A.S. ex rel. Miller v. SmithKline Beecham Corp.*, 769 F.3d 204, 211 (3d Cir. 2014) (holding removal after one year proper if equitable tolling applies). In this case, both exceptions apply. Plaintiffs did not have a valid claim against Crown, but nevertheless joined Crown for the sole purpose of preventing removal. Plaintiffs did not pursue a case against Crown and allowed the one-year time period to expire before voluntarily dismissing Crown. Either 28 U.S.C. § 1446 (c)(1) allows OI to remove the case outside of the one-year time frame or equitable tolling estops Plaintiffs from resisting remand.

13. Under 28 U.S.C. § 1446(b)(2)(A), ACL has consented to the Removal of this Action. (Exhibit 5.)

14. Under 28 U.S.C. § 1446 (a), OI has filed contemporaneously with this notice a true and correct copy of the process, pleadings, orders, and documents served in this case. (Exhibit 6.)

15. Under 28 U.S.C. § 1446 (d), OI has filed contemporaneously with this Notice a copy of the Notice of Removal in the Court of Common Pleas for Philadelphia County, PA.

16. By filing this Notice of Removal, OI does not waive any defenses that may be available to it.

WHEREFORE, Defendant Owens-Illinois, Inc. respectfully requests that this action be removed from the Court of Common Pleas for Philadelphia

County, PA to the United States District Court for the Eastern District of Pennsylvania under the authority in 28 U.S.C. § 1441(a).

Respectfully submitted,

**MCCARTER & ENGLISH, LLP**

*[signature]*

Barbara K. Gotthelf, No. 53832
McCARTER & ENGLISH, LLP
Attorneys for Defendant
OWENS-ILLINOIS, INC.

## CERTIFICATE OF SERVICE

      The undersigned certifies that on this 17th day of May, 2016, a true and correct copy of Owens-Illinois, Inc.'s Notice of Removal was served upon all counsel of record, per the attached counsel list, via ECF and electronic mail.

> */s/ Barbara K. Gotthelf*
> Barbara K. Gotthelf, No. 53832
> McCARTER & ENGLISH, LLP
> Attorneys for Defendant
> OWENS-ILLINOIS, INC.



FILED
MAY 17 2016
MICHAEL E. KUNZ, Clerk
By_____Dep Clerk

*Loretta Ney v. O-I, et al.*

## SERVICE LIST

Jacqueline Gruhler, Esq.
**COHEN/PLACITELLA/ROTH, P.C.**
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA  19103
(215)-567-3500
(215)-567-6019 (fax)
jgruhler@cprlaw.com
*Attorney(s) for Plaintiff*

Bernard Levinthal, Esq.
Janet E. Golup Esq.
Nancy DeBasio
**GOLDFEIN & JOSEPH**
1880 JFK Blvd., 20th Floor
Philadelphia, PA  19103
(215)-979-8200
(215)-979-8201 (fax)
blevinthal@goldfeinlaw.com
jgolup@goldfeinlaw.com
ndebasio@goldfeinlaw.com
*Attorney(s) for Asbestos Corporation Limited*

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

5:16-cv-2408

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
WILLIAM NEY, individually and as Executor of the Estate of LORETTA NEY

**DEFENDANTS**
OWENS-ILLINOIS, INC.,
ASBESTOS CORP. LTD.

16  2408

(b) County of Residence of First Listed Plaintiff: Forsyth County, NC
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Wood County, OH
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Jacqueline P. Gruhler, Esq.
Cohen, Placitella & Roth, P.C.
Two Commerce Square, 2001 Market St., Suite 2900
Philadelphia, PA 19103
215-567-3500

Attorneys *(If Known)*
Barbara K. Gotthelf, Esq.
McCarter & English, LLP
1600 Market Street, Suite 3900
Philadelphia, PA 19103
215-979-3836

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☒ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332

Brief description of cause:
injuries suffered from alleged household exposure to asbestos

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 05/17/2016

SIGNATURE OF ATTORNEY OF RECORD
/s/ Barbara K. Gotthelf

MAY 17 2016

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

5:16-cv-2408

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

16    2408

## I. (a) PLAINTIFFS
WILLIAM NEY, individually and as Executor of the Estate of LORETTA NEY

## DEFENDANTS
OWENS-ILLINOIS, INC.,
ASBESTOS CORP. LTD.

**(b)** County of Residence of First Listed Plaintiff: Forsyth County, NC
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Wood County, OH
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jacqueline P. Gruhler, Esq.
Cohen, Placitella & Roth, P.C.
Two Commerce Square, 2001 Market St., Suite 2900
Philadelphia, PA 19103
215-567-3500

Attorneys *(If Known)*
Barbara K. Gottheif, Esq.
McCarter & English, LLP
1600 Market Street, Suite 3900
Philadelphia, PA 19103
215-979-3836

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | [X] 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332
Brief description of cause:
injuries suffered from alleged household exposure to asbestos

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 05/17/2016
SIGNATURE OF ATTORNEY OF RECORD: /s/ Barbara K. Gottheif

MAY 17 2016

**FOR OFFICE USE ONLY**
RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

WILLIAM NEY, individually and as Executor of the Estate of LORETTA NEY

v.

OWENS-ILLINOIS, INC.
ASBESTOS CORP. LTD.

CIVIL ACTION

NO. **16 2408**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   (x)

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   ( )

| May 17, 2016 | [signature] | Def. Owens-Illinois, Inc. |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-979-3836 | 215-988-4308 | bgotthelf@mccarter.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

MAY 17 2016