IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE: ASBESTOS PRODUCTS        :    Consolidated Under
LIABILITY LITIGATION (No. VI)   :    MDL DOCKET NO. 875
                                :
WILLIAM NEY individually and    :
as executor of the estate       :
of LORETTA NEY                  :
                                :
v.                              :    E.D. Pa. Case No.
                                :    16-cv-02408
OWENS-ILLINOIS, INC., et al.    :
```

**O R D E R**

**AND NOW**, this **11th** day of **August, 2016**, upon consideration of "Plaintiff's Motion to Remand Case to the Court of Common Pleas of Philadelphia County Pursuant to 28 U.S.C. § 1447(c)" (ECF No. 9), the response filed by Owens Illinois, Inc. (ECF No. 11), and Plaintiff's reply (ECF No. 13-1), and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

    1.  Plaintiff's motion for leave to file a reply (ECF No. 13) is **GRANTED** and the reply attached to the motion (ECF No. 13-1) is deemed filed as of July 8, 2016; and

    2.  Plaintiff's motion to remand (ECF No. 9) is **DENIED**.

**AND IT IS SO ORDERED.**

                              /s/ Eduardo C. Robreno
                              **EDUARDO C. ROBRENO,    J.**